**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KERI GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-03262-CRL-KLM |
| | ) | |
| DOT FOODS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DOT FOODS, INC.'S DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.1, Defendant Dot Foods, Inc., by and through its undersigned counsel, states as follows for its Disclosure Statement:

1. The undersigned law firm and attorneys represent Dot Foods, Inc. ("Dot Foods"). The partners and associates of the law firm Lewis Rice LLC shall appear on behalf of Dot Foods in this case.

2. Dot Foods is a corporation incorporated under the laws of the State of Illinois and is not publicly held.

3. Dot Foods is wholly owned by Dot Holdings Co, a non-public, statutory close corporation incorporated under the laws of the State of Missouri.

4. No publicly held corporation, company, or individual owns 10 percent or more of Dot Foods' stock.

Respectfully submitted,

Dated: October 4, 2023

By: /s/ Brian P. Pezza

Brian P. Pezza, IL Bar No. 6305340
Taylor J. Essner, IL Bar No. 6328477
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7656
Facsimile: (314) 612-7656
bpezza@lewisrice.com
tessner@lewisrice.com

*Attorneys for Defendant Dot Foods, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of October, 2023, a true copy hereof was filed via the Court's electronic filing system to be served on the following counsel of record by operation of the Court's CM/ECF system:

Mohammed O. Badwan
Travis P. Lampert
SULAIMAN LAW GROUP LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
mbadwan@sulaimanlaw.com
tlampert@sulaimanlaw.com

*Attorneys for Plaintiff*

/s/ Brian P. Pezza