**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **KERI GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 3:23-cv-03262-CRL-KLM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DOT FOODS, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Keri Gaines, ("Plaintiff") and Dot Foods, Inc.,("Defendant"), hereby notify the Court that the parties have reached settlement and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated this 9th day of November, 2023.

/s/ ***Travis Lampert***
Travis Lampert, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 575-8181 ext. 115
Fax (630) 575 - 8188
tlampert@sulaimanlaw.com
*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 9th day of November, 2023, a true and correct copy foregoing has been provided electronically via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

**/s/ *Travis Lampert***
Travis Lampert, Esq.