**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **KERI GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 3:23-cv-03262-CRL-KLM** |
| | ) | |
| | ) | |
| | ) | |
| **DOT FOODS,** | ) | |
| | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated between Plaintiff, Keri Ganies, and Defendant, DOT Foods, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or his own attorney's fees, costs and expenses.

Dated this 17th day January, 2024.

AGREED TO BY:

**KERI GAINES**

**/s/ *Travis P. Lampert***
Mohammed O. Badwan, Esq.
Travis Lampert, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
mbadwan@sulaimanlaw.com
tlampert@sulaimanlaw.com

*Counsel for Plaintiff*

**DOT FOODS, INC.**

**/s/ *Brian P. Pezza*** *(with consent)*
Brian P. Pezza
Taylor J. Essner
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis Missouri, 63101
Telephone: (314) 444-7656
Facsimile: (314) 612-7656
bpezza@lewisrice.com
tessner@lewisrice.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of January, 2024, a true and correct copy of the foregoing to has been provided via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

***/s/ Travis P. Lampert***
Travis P. Lampert, Esq.